# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CV-21580-JEM

LAKEDRICK REED, individually and on
behalf of all others similarly situated,

        Plaintiff,

v.

HOLLISTER CO., a Delaware corporation,

        Defendant.

_____/

## INTERESTED THIRD-PARTY ANAMARIA CHIMENO-BUZZI'S NOTICE OF FILING THE MOTION TO APPOINT INTERIM CLASS COUNSEL IN THE RELATED *CHIMENO-BUZZI* ACTION

PLEASE TAKE NOTICE of interested third-party Anamaria Chimeno-Buzzi's filing of the

Motion to Appoint Carey Rodriguez O'Keefe Milian Gonya, LLP As Interim Class Counsel (a copy

of which is attached hereto as Exhibit "A") in *Chimeno-Buzzi v. Hollister Co., et al.*, Case No. 14-cv-

23120-MGC (S.D. Fla.), a related case pending in this District.

Dated:  May 7, 2015             Respectfully submitted,

            By: /s/  David P. Milian

            **CAREY RODRIGUEZ O'KEEFE**
            **MILIAN GONYA, LLP**

            **David P. Milian, Esq.**
            Florida Bar No. 844421
            dmilian@careyrodriguez.com
            **Frank S. Hedin, Esq.**
            Florida Bar No. 109698
            fhedin@careyrodriguez.com
            1395 Brickell Avenue, Suite 700
            Miami, Florida 33131
            Telephone: (305) 372-7474
            Facsimile:  (305) 372-7475
            *Attorneys for Interested Third-Party*
            *Anamaria Chimeno-Buzzi*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 7, 2015 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/  Frank S. Hedin
Frank S. Hedin